UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **MARCUS D. WRIGHT,**<br>**Plaintiff** | **CIVIL DOCKET NO. 1:22-CV-00027-P** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **WARDEN, U.S.P. POLLOCK,**<br>***ET AL.,***<br>**Defendants** | **MAGISTRATE JUDGE JOSEPH H.L.**<br>**PEREZ-MONTES** |

## J U D G M E N T

For the reasons stated in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [ECF No. 4], noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED that Plaintiff's Motion for Temporary Restraining Order [ECF No. 2] is DENIED.

THUS, DONE AND SIGNED in Chambers on this 1st day of February 2022.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE